UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RANDY A. GREEN, and | ) | Case No. 07-42423-705 |
| KRISTEN M. GREEN, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| 4200 LACLEDE CORPORATION, | ) | **Adversary No. 07-4474-659** |
| | ) | |
| | ) | PUBLISHED |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| RANDY A. GREEN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** judgment on the Complaint is entered in favor of 4200 Laclede Corporation, Plaintiff, and against Randy A. Green, Defendant, and that the debt owed by Defendant to Plaintiff in the amount of $948,222.58 is NOT DISCHARGEABLE in this Bankruptcy Case pursuant to 11 U.S.C. § 523(a)(2)(B); and this is the final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 19, 2009
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

4200 Laclede Corporation
c/o Murphy Wasinger, L.C.
1401 S. Brentwood, Suite 550
St. Louis, MO 63144

Randy and Kristen Green
4247 Sunnyview Dr.
St. Louis, MO 63128

David G. Wasinger
Murphy Wasinger, L.C.
1401 South Brentwood Blvd.
Suite 550
Saint Louis, MO 63144